Firefox

SCHUMANN HANLON MARGULIES LLC
30 Montgomery Street, Suite 990
Jersey City, New Jersey 07302
201-451-1400
dkdelonge@shdlaw.com
Attorneys for Plaintiff,
CadleRock Joint Venture, L.P.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CADLEROCK JOINT VENTURE, L.P. <br><br> Plaintiff, <br><br> vs. <br><br> MIRSAD LEKIC; AIDA LEKIC; and THE STATE OF NEW JERSEY, <br><br> Defendants. | Civil Action No:  2:18-cv-13941-ES-JAD <br><br><br> **STIPULATION OF DISMISSAL** |

This matter having been amicably resolved by and between the parties hereto, it is stipulated and agreed that:

1.      The Complaint in Foreclosure as filed in the United State District Court be and is hereby dismissed, with prejudice, subject to the Plaintiff's right to reinstate a new Foreclosure Action in the Superior Court of NJ, in the event of a default by the Defendants under the Settlement Agreement or Mortgage Note Modification Agreement.

2.      The Counterclaims of defendants be and are hereby dismissed, with prejudice.

(signatures appear on the following page)

1/8/2021, 11:37 AM

In witness whereof, the parties have executed this Stipulation of Dismissal.

Schumann Hanlon Margulies LLC
Attorneys for Plaintiff

By: _____
Michael O. Bertone, Esq
Date:    1/5/21

Alampi & DeMarrais
Attorneys for Defendant Aida Lekic

By: _____
Carmine R. Alampi Esq.
Date: Jennifer Alampi, Esq
     1/11/21

Kopelman & Kopelman LLP
Attorneys for Defendant Mirsad Lekic

By: _____
Michael S. Kopelman, Esq.
Date:

**SO ORDERED.**

*/s/Esther Salas*
**Hon. Esther Salas, U.S.D.J.**
**Date:** January 12, 2021